

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| SOCIAL SMOKE, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:11-CV-392-A |
| | § | |
| STARBUZZ TOBACCO, INC., | § | |
| | § | |
| Defendant. | § | |

### FINAL JUDGMENT

Consistent with the discussions held and rulings made during the telephone conference/hearing held September 20, 2011, between the court, counsel for plaintiff, Social Smoke, Inc., and counsel for defendant, Starbuzz Tobacco, Inc.,

The court ORDERS, ADJUDGES, and DECREES that all claims and causes of action asserted by either party in the above-captioned action be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party bear the costs incurred by that party.

SIGNED September 20, 2011.

JOHN McBRYDE
United States District Judge